**Geraldine SARAN, Plaintiff–Appellant,**

v.

**Francis J. HARVEY, Secretary of the Army, Defendant–Appellee,**

and

**Les Brownlee, Acting Secretary, Department of the Army; Fred E. Elam, Major General, United States Army, Ret., individually and in his official capacity; Chandler P. Robbins, III, Colonel, United States Army, Ret., individually and in his official capacity, Defendants.**

No. 06–1624.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 28, 2006.

Geraldine Saran, Appellant Pro Se. Steven Michael Ranieri, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

166

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Geraldine Saran appeals the district court's order and final judgment granting Secretary of the Army Francis J. Harvey's motion to dismiss for failing to state a claim and for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Saran v. Harvey,* No. 1:05–cv–00727–GBL, 2006 WL 1049157 (E.D.Va., filed Apr. 17, 2006; entered Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*